UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>RANDALL MAURICE PETERSON,<br><br>Defendant. | No.  2:15-CR-0087-WFN-1<br><br>PROTECTIVE ORDER |

Before the Court is the Government's Motion for a Protective Order. ECF No. 21. Due to the nature of the charges and discovery, all content pertaining to minors shall be subject to privacy protections mandated by 18 U.S.C. § 3509(d). The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion for a Protective Order, filed September 25, 2015, **ECF No. 21**, is **GRANTED**.

2. All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall:

    (a) Keep all documents that disclose the name or any other information concerning a child in a secure place to which no person who does not have reason to know their contents has access; and

    (b) Disclose such documents or the information in them that concerns a child only to persons who, by reason of their participation in the proceeding, have reason to know such information.

3. All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without necessity of obtaining a court order

PROTECTIVE ORDER - 1

and that the person who makes the filing shall file the complete document to be kept under seal and file publically a redacted version of the document(s) omitting the name of the child.  Normal notice requirements still apply as to case parties.

4. Parties and the witnesses shall not disclose either alleged minor victim's names publicly at pre-trial proceedings or at trial in this case. The parties shall prepare their witnesses and instruct them to refer to the alleged minor victims only by using pseudonyms (e.g., "Victim A", "Victim B" etc.) which will be agreed to by counsel, rather than their names, in opening statements and in closing arguments.

5. The Government's Motion to Expedite Hearing, filed September 25, 2015, **ECF No. 22**, is **GRANTED**.  The underlying Motion was considered on an expedited basis.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 29th day of September, 2015.

09-28-15

        s/ Wm. Fremming Nielsen
    WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER - 2