PROB 12C
(6/16)

Report Date: March 5, 2024

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randall Maurice Peterson      Case Number: 0980 2:15CR00087-WFN-1

Address of Offender: ███████████████ Nine Mile Falls, Washington 99027

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 8, 2016

Original Offense:     Possession of Child Pornography, 18 U.S.C. § 2252A (a)(5)(B)

Original Sentence:    Prison - 108 months;      Type of Supervision: Supervised Release
                      TSR - Life

Asst. U.S. Attorney:  U.S. Attorney's Office    Date Supervision Commenced: July 6, 2023

Defense Attorney:     Federal Defender's Office Date Supervision Expires: N/A

### PETITIONING THE COURT

To issue a summons.

On July 6, 2023, the conditions of supervision were reviewed with Mr. Peterson relative to case number 2:15CR-00087-WFN-1. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #24**: You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising probation officer. You shall report any unauthorized contact with minor-aged children to the supervising officer. |
| | **Supporting Evidence**: Mr. Peterson is alleged to be in violation of his conditions of supervised release for having unauthorized contact with a minor female child, on two occasions, since July 6, 2023. |
| | On February 19, 2024, Mr. Peterson participated in a polygraph as part of his sex offender treatment. Mr. Peterson admitted having contact with a 6-year-old minor female twice since starting supervised release on July 6, 2023. In addition, he admitted giving the minor female child a hug. |

Prob12C
Re: Peterson, Randall Maurice
March 5, 2024
Page 2

On February 20, 2024, Mr. Peterson was confronted on having contact with a minor child. He thought it was okay as long as an adult was present. Mr. Peterson was informed this contact was unauthorized and not approved by the undersigned officer.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 5, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

3/6/2024
Date