PROB 12C
(6/16)

Report Date: March 26, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Randall Maurice Peterson | Case Number: 0980 2:15CR00087-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Nine Mile Falls, Washington 99027 | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: June 8, 2016 | |
| Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A (a)(5)(B) | |
| Original Sentence: Prison - 108 months; TSR - Life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Allan Hicks | Date Supervision Commenced: July 6, 2023 |
| Defense Attorney: Federal Public Defender | Date Supervision Expires: Life |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/06/2024.

On July 6, 2023, the conditions of supervision were reviewed with Mr. Peterson relative to case number 2:15CR-00087-WFN-1. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #20**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to urinalysis testing (which may include urinalysis testing or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Peterson violated his conditions of supervised release by using a controlled substance, methamphetamine, on or around March 6, 2024. |
| | On March 11, 2024, Mr. Peterson reported to the probation office as directed. A urinalysis test was collected, which yielded a presumptive positive finding for the presence of methamphetamine. Mr. Peterson signed an admission form admitting to the use of methamphetamine on or around March 6, 2024. |

Prob12C
Re: Peterson, Randall Maurice
March 26, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 26, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

3/26/2024
Date