PROB 12C
(6/16)

Report Date: July 11, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Randall Maurice Peterson | Case Number: 0980 2:15CR00087-MKD-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇ Nine Mile Falls, Washington 99027 | |
| Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge | |
| Date of Original Sentence: June 8, 2016 | |
| Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A (a)(5)(B) | |
| Original Sentence: Prison - 108 months; TSR - life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl A. Hicks | Date Supervision Commenced: July 6, 2023 |
| Defense Attorney: Justin Lonergan | Date Supervision Expires: Life |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 03/06/2024, and 03/26/2024.

On July 6, 2023, the conditions of supervision were reviewed with Mr. Peterson relative to case number 2:15CR-00087-WFN-1. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #20**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Randal Maurice Peterson is alleged to have violated the conditions of supervised release by testing positive for the presence of methamphetamine on May 20, 2024. |
| | On May 20, 2024, Mr. Peterson reported to the U.S. Probation Office and provided a urine specimen that tested positive for the presence of amphetamine and methamphetamine. Mr. Peterson denied using methamphetamine since approximately March 2024. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis. On June 4, 2024, Alere confirmed the above-noted urine specimen tested positive for the presence of methamphetamine. |

Prob12C
Re: Peterson, Randall Maurice
July 11, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 11, 2024

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M. K. Dimke

Signature of Judicial Officer
7/13/2024

Date