PROB 12C
(6/16)

Report Date: August 30, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randall Maurice Peterson     Case Number: 0980 2:15CR00087-MKD-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉ Nine Mile Falls, Washington 99027

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 8, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A (a)(5)(B) | | |
| Original Sentence: | Prison - 108 months; TSR - life | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | July 6, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | Life |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/06/2024, 03/26/2024, and 07/15/2024.

On July 6, 2023, the conditions of supervision were reviewed with Mr. Peterson relative to case number 2:15CR-00087-WFN-1. He signed his judgement acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Peterson is alleged to have violated his conditions of supervised release by using a controlled substance, methamphetamine, on or around July 21, 2024. |
| | Mr. Peterson reported to the U.S. Probation Office on July 24, 2024, to submit to urinalysis testing prior to his appearance before Your Honor. After attempting several times, he was unable to provide a sample, and questioned about any illicit drug use. He ultimately admitted to using methamphetamine on or around July 21, 2024. He signed an admission form. |

Prob12C
Re: Peterson, Randall Maurice
August 30, 2024
Page 2

| | |
|---|---|
| 5 | **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Peterson is alleged to have violated his conditions of supervised release by stalling on a random urinalysis test at Pioneer Human Services on or around August 23, 2024.

Mr. Peterson is enrolled in random urinalysis testing with Pioneer Human Services (PHS). He is expected to call the testing line daily to determine if he is required to report that same day for a urinalysis test.

PHS advised that Mr. Peterson stalled/failed to produce a urine sample when instructed to do so.

6   **Special Condition # 20**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Peterson violated his conditions of supervised release by consuming a controlled substance, methamphetamine, on or around August 17, 2024.

Mr. Peterson reported to the U.S. Probation Office on August 23, 2024, at approximately 12:30 p.m., shortly after stalling on his urinalysis test.

For approximately 1 ½ hours, Mr. Peterson continued to have issues providing a valid urine sample. When the conversation led to the undersigned officer placing a sweat patch on Mr. Peterson, he finally admitted to using methamphetamine on or around August 17, 2024. He signed an admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 30, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Peterson, Randall Maurice**
**August 30, 2024**
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

9/3/2024
_____
Date