PROB 12C
(6/16)

Report Date: September 10, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 10, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Randall Maurice Peterson     Case Number: 0980 2:15CR00087-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Nine Mile Falls, Washington 99027

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 8, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A (a)(5)(B) | | |
| Original Sentence: | Prison - 108 months; TSR - Life | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | July 6, 2023. |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | Life |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/06/2024, 03/26/2024, 07/15/2024, and 09/03/2024.

On July 6, 2023, the conditions of supervision were reviewed with Mr. Peterson relative to case number 2:15CR00087-MKD-1. He signed the judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Peterson has violated his conditions of supervised release by using a controlled substance, methamphetamine, on or around August 28, 2024. |
| | Mr. Peterson reported to the U.S. Probation Office as directed, on August 28, 2024, to submit to additional urinalysis testing. The sample yielded a presumptive positive finding for methamphetamine. He denied additional use of methamphetamine since his last reported use on August 17, 2024. The urine sample was sent to the contract laboratory and it was confirmed positive for methamphetamine. |

Prob12C
Re: Peterson, Randall Maurice
September 10, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 10, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge
[ ]   Other

M.K. Dimke

Signature of Judicial Officer

9/10/2024

Date