PROB 12C
(6/16)

Report Date: December 16, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Randall Maurice Peterson | Case Number: 0980 2:15CR00087-MKD-1 |
| Address of Offender: ███████████████ Nine Mile Falls, Washington 99027 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 8, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A (a)(5)(B) | | |
| Original Sentence: | Prison - 108 months; TSR - life | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | July 6, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | Life |

## PETITIONING THE COURT

To **issue a WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/06/2024, 03/26/2024, 07/15/2024, 09/03/2024, and 09/10/2024.

On July 6, 2023, the conditions of supervision were reviewed with Mr. Peterson relative to case number 2:15CR00087-MKD-1. He signed the judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #20**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to urinalysis (which may include urinalysis and sweat patch) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Peterson is in violation of his conditions of supervised release by using methamphetamine between November 25 and December 4, 2024. |
| | On November 25, 2024, Mr. Peterson reported to the probation office. A sweat patch was applied to his left arm. It was removed on December 4, 2024, and sent to the contract lab for testing. On December 16, 2024, the undersigned officer received the lab results showing a positive test for the presence of methamphetamine. |

Prob12C
Re: Peterson, Randall Maurice
December 16, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 16, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer
12/16/2024
Date